IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INEABELLE RIOS | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.: CCB-02-1637 |
| | * | |
| UNITED AIRLINES, (BWI Airport) and DENNIS KELLY, Manager | * | |
| Defendants | | |

\*\*\*\*\*\*

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this _13_ day of September 2002,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Catherine C. Blake
United States District Judge

U.S. District Court (Rev. 1/2000)